UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| SAMUEL STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:24-cv-46-REW-EBA |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| ALLSTATE VEHICLE AND | ) | |
| PROPERTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion & Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** as follows:

1.    The Court **DENIES** DE 18;

2.    The Court **GRANTS** DE 13 and dismisses Plaintiff's claims **WITH PREJUDICE**;

3.    The Court **DENIES** all other pending motions (DE 23) as moot; and

4.    The Court **STRIKES** the matter from its active docket.

This the 8th day of April, 2025.

Signed By:
_Robert E. Wier_
**United States District Judge**

1